# United States District Court Violation Notice

CVB Location Code: MY50

Violation Number: 7730880
Officer Name (Print): Hooper
Officer No.: 4845

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 5/12/19 8:15pm
Offense Charged: ☒ USC
18 USC 661

Place of Offense: 10 N. Greene St. Balto, MD 21201

Offense Description: Factual Basis for Charge
Theft - Personal Property

### DEFENDANT INFORMATION

Last Name: Vines
First Name: Lisa
M.I.: J

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE

X Defendant Signature: Lisa Vines

(Rev. 09/2015) Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on May 12th, 2019 while exercising my duties as a law enforcement officer in the Central District of Baltimore.

See Attachment

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/12/2019  Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident